CIVIL SUIT NUMBER 243,986
DIVISION " "  F

| | |
|---|---|
| BILLY WAYNE STEWART, ET UX | NINTH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF RAPIDES |
| CAPITAL ONE BANK, ET AL | STATE OF LOUISIANA |

### PETITION

The petition of **BILLY WAYNE STEWART** and his wife **ERIN DOUGHERTY STEWART**, both citizens and residents of Rapides Parish, Louisiana, of the age of majority with respect represents:

1.

**CAPITAL ONE BANK**, a foreign corporation doing business in the State of Louisiana which has not appointed an agent for service of process, is made a defendant herein.

2.

**J.P. MORGAN CHASE BANK**, a foreign corporation doing business in the State of Louisiana, which has not appointed an agent for service of process in Louisiana is made a defendant herein.

3.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a foreign corporation doing business in the State of Louisiana which has not appointed an agent for service of process is made a defendant herein.

4.

That the defendants are indebted unto your petitioners jointly, severally and in solido for the full sum of **SIXTY-SIX THOUSAND FIVE HUNDRED TEN AND 48/100 ($66,510.48) DOLLARS**, plus legal interest thereon from August 5, 2003 until paid, together with damages as are proper in the premises, reasonable attorney fees to be fixed


EXHIBIT A

by the Court and for all costs of court, and with legal interest on the damages from date of judicial demand until paid and interest on the attorney fees and the costs of court from the date of the Judgment rendered herein until paid.

5.

That your petitioners own immovable property at 65 Cotile Drive, Boyce, Rapides Parish, Louisiana.

6.

That on March 7, 2002 your petitioners mortgaged their home and property to Bridge Capital Corporation for $71,000.00 as more fully shown by said Mortagage recorded in Mortgage Book 1769, Page 916, records of Rapides Parish, Louisiana, which is made a part hereof by reference.

7.

That Bridge Capital Corporation assigned its Note and Mortgage to Flagstar Bank on September 1, 2004 as shown by Notarial Endorsement and Assignment of Mortgage Note recorded at Mortgage Book 2034, Page 967, records of Rapides Parish, Louisiana which is made a part hereof by reference.

8.

That Flagstar Bank assigned your Petitioners' Mortgage to Mortgage Electronic Registration Systems, Inc. on April 16, 2003 as more fully shown by said Assignment of Mortgage recorded at Mortgage Book 1882, Page 312 of the records of Rapides Parish, Louisiana which is made a part hereof by reference.

9.

That your petitioners refinanced their home and immovable property in Rapides Parish, Louisiana and gave a Multiple Indebtedness Mortgage to Hibernia National Bank on August 5, 2003 in the amount of $92,000.00, as more fully shown by said Multiple

Indebtedness Mortgage as recorded at Mortgage Book 1923, Page 725, records of Rapides Parish, Louisiana and made a part hereof by reference.

10.

That your petitioners at the request and requirement of Hibernia National Bank signed a Disbursement Request and Authorization for the payoff whereby the said bank withheld the sum from the funds of your Petitioners in the amount of $66,510.48 to pay to J.P. Morgan Chase Bank as payment in full of the original Mortgage of your Petitioners to Bridge Capital Corporation as set forth above and their attorneys undertook the obligation to cancel in full on the Mortgage Records of Rapides Parish the said Mortgage to Bridge Capital Corporation which they and the remaining defendants have failed to do.

11.

That subsequent to your petitioners' Mortgage to Hibernia National Bank, Hibernia National Bank and Capital One Bank have merged and that Hibernia National Bank no longer exists except as a part of Capital One Bank which is the successor banking corporation and thus responsible to your petitioners for all acts, omissions and fault of Hibernia National Bank and that subsequently of the said Capital One Bank.

12.

That despite the repeated requests of your Petitioners and their attorney by telephone and by mail the Defendants have continuously refused to cancel the said Mortgage, all without legal cause, and contrary to their prior agreements and the law on which your Petitioners relied.

13.

That your Petitioners have requested that the said Mortgage be cancelled by certified letter to each of the three defendants dated December 30, 2011, which was received by each of said defendants, that after these receipts of written demand by your

Petitioners, the Defendants did not produce the satisfied Promissory Note nor an instrument of release in a form sufficient to bring about the cancellation of the inscription of the recorded Mortgage of your petitioners as required by Louisiana Revised Statute 9:5385 and other applicable law and more than thirty (30) days have elapsed and the defendants have not met the requirements under the statute by returning the satisfied Promissory Note nor any instrument of release from the holder of the note providing full satisfaction.

14.

That as a result of the wrongful acts and omissions of the Defendants, your Petitioners have suffered damage to the extent that they have been unable to obtain additional credit, the loss of their credit standing, the loss of several properties which they had desired to purchase as well as the inconvenience, mental pain and anguish and loss of enjoyment of life which they suffered as a result of the acts and omissions of the Defendants.

15.

That the acts and omissions of the Defendants constitute unfair and deceptive practices within the conduct of a trade and commerce as proscribed by the Unfair Trade Practices and Consumer Protection Law, so as to render the defendants liable to Petitioners for actual damages, plus reasonable attorney fees and all costs of court.

16.

That as a result of the acts and omissions of the Defendants described above, and in derogation of the jurisprudence and laws of the State of Louisiana, your Petitioners have also suffered substantial mental pain and anguish, humiliation, frustration, mortification, inconvenience and loss of the use of their credit and loss of loans as a result of the Defendants' failure to produce the satisfied Promissory Mortgage Note and/or an

instrument of release.

17.

That because of the failure to produce the satisfied Promissory Mortgage Note and/or an instrument of release in a form sufficient to bring about the cancellation of the mortgage, the Defendants are indebted unto your Petitioners for the full satisfaction of all damages and costs resulting therefrom, including reasonable attorney fees and all costs of court.

18.

That all allegations in this petition are made in the alternative where one might be inconsistent with another.

**WHEREFORE YOUR PETITIONERS PRAY:**

1. That the defendants be served with a copy of this petition and cited to appear and answer same;

2. That after legal delays have elapsed, and due proceedings had, that there be judgment in favor of **BILLY WAYNE STEWART** and **ERIN DOUGHERTY STEWART** and against **CAPITAL ONE BANK, J.P MORGAN CHASE BANK** and **MORTGAGE ELECTRONIC RESTORATION SYSTEMS, INC.** jointly, severally and insolido for the sum of **SIXTY-SIX THOUSAND FIVE HUNDRED TEN AND 48/100 ($66,510.48) DOLLARS**, plus legal interest thereon from August 5, 2003 until paid, together with sums and damages as are reasonable and proper in the premises, together with reasonable attorney fees to be fixed the Court and all costs of court with legal interest on all sums from date of judicial demand until paid;

3. That in the alternative, the Court recognize and declare that the Mortgage originally given to Bridge Capital Corporation has been paid in full and that the Clerk of the Rapides Parish Clerk of Court and the recorder of Mortgages be ordered to cancel in full the said Mortgage as recorded at Mortgage Book 1769, page 916, records of Rapides Parish, Louisiana;

4. That the defendants be ordered to produce and surrender to the plaintiffs the satisfied Mortgage Note paraphed with the aforementioned Mortgage as paid and satisfied in full;

5. Any part of this prayer which might be inconsistent with another is pled in the alternative; and

6. For all necessary orders and decrees.

Respectfully submitted:

WILLIAM M. FORD
La. Bar Roll Number 5693
P.O. Office Box 12424
Alexandria LA 71315-2424
(318) 442-8899
Attorney for Petitioners

**SERVICE INSTRUCTIONS:**

**PLEASE SERVE:**

CAPITAL ONE BANK
through its President,
NANCY STITCH
934 Third Street
Alexandria, Louisiana 71301

of if she is unavailable any adult employee of said Bank at this location.

**PLEASE SERVE:**

J.P. MORGAN CHASE BANK
through any adult employee of that Bank found at
400 Murray Street
Alexandria, Louisiana 71301

Please supply to the attorney for petitioner a certified copy of the Petition and a Citation for service on Mortgage Electronic Restoration Systems, Inc. under the Long Arm Statute.

MAR-06-2012 09:55 From:RAPIDES PARISH CLERK 3184734667  To:12253433076  Page:8/10

CITATION (LONG ARM)　　　　　　　　　　NO. 243,886　　F

BILLY WAYNE STEWART ET AL　　　　　|| NINTH JUDICAL DISTRICT COURT
VERSUS　　　　　　　　　　　　　　　|| PARISH OF RAPIDES
CAPITAL ONE BANK ET AL　　　　　　　|| STATE OF LOUISIANA

TO: MORTGAGE ELECTRONIC REGISTRATION SYS INC　RETNED TO ATTY FOR SERVICE
　　　00000

　　YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THIRTY (30) DAYS AFTER FILING IN THE RECORD OF THIS PROCEEDING OF THE AFFIDAVIT OF THE INDIVIDUAL WHO EITHER MAILED OR ACTUALLY DELIVERED THE PROCESS. YOUR MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.YOUR FAILURE YO COMPLY WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

　　WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 24TH DAY OF FEBRUARY, 2012.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.

　　　　　　　　　　　　　　　　　　　　　　　　　ROBIN L. HOOTER
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

WILLIAM M FORD
1630 METRO DRIVE　P O BOX 12424　　　　　　　　BY _____
ALEXANDRIA LA　71315-2424
Filing Attorney　　　　　　　　　　　　　　　　Deputy Clerk of Court

　　　　　　　　　　　　　　　　SHERIFF STAMP BELOW

0197487　　　　　　　　　　　　　　023

MAR-06-2012 09:56 From:RAPIDES PARISH CLERK 3184734667   To:12253433076   Page:9/10

**RETURNS**

CITATION                                     NO. 243,886    F

BILLY WAYNE STEWART ET AL                 || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
CAPITAL ONE BANK ET AL                    || STATE OF LOUISIANA

TO: JP MORGAN CHASE BANK   THRU ANY ADULT EMPLOYEE   400 MURRAY STREET
    ALEXANDRIA LA   71301-0000
    RAPIDES PARISH

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN FIFTEEN(15) DAYS AFTER SERVICE HEREOF. YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY. YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 24TH DAY OF FEBRUARY, 2012.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.

ROBIN L. HOOTER
Clerk of Court

WILLIAM M FORD
1630 METRO DRIVE  P O BOX 12424
ALEXANDRIA LA   71315-2624
Filing Attorney

BY _____
Deputy Clerk of Court

SHERIFF STAMP BELOW
--------------------

PERSONAL SERVICE:
DOMICILIARY SERVICE:
DEPARTMENTAL SERVICE:
PERSON SERVED:
RELATIONSHIP:
BY:

0197487

**EXHIBIT B**

MAR-06-2012 09:56 From:RAPIDES PARISH CLERK 3184734667      To:12253433076      Page:10/10

RAPIDES PARISH SHERIFF'S OFFICE
P.O. BOX 1510
ALEXANDRIA, LOUISIANA  71301

2/27/12

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    243886
BILLY WAYNE STEWART ET AL
VERSUS
CAPITAL ONE BANK ET AL

Tenamarie hickens

TO: JP MORGAN CHASE BANK
THRU ~~[illegible]~~
400 MURRAY STREET
ALEXANDRIA         LA   71301-0000

TYPE OF PAPERS TO BE SERVED:  CIT & PET

✓ SERVICE PERSONAL

___ SERVICE DOMICILIARY THRU: _____

___ SERVICE DEPARTMENTAL THRU: _____

___ SERVICE NOT MADE    (SEE COMMENTS)

|   | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|------|------|---------|------------------------|
| 1) | 2-28-12 | 9:06 | 0 | |
| 2) | | | | |
| 3) | | | | |

TOTAL MILEAGE  0

2-28-12
DATE

ODOMETER READING _____

DEPUTY SHERIFF