UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BILLY WAYNE STEWART and ERIN DOUGHERTY STEWART** | CIVIL ACTION NO. 12-752 |
| Plaintiffs, | JUDGE DRELL |
| VERSUS | |
| **CAPITAL ONE BANK, N.A., JPMORGAN CHASE BANK, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | MAGISTRATE JUDGE KIRK |
| Defendant | |

## COMPLIANCE WITH 28 U.S.C. 1447(b)

Pursuant to the Court's Removal Order dated March 30, 2012 [docket no. 4], the following represents compliance with the Court's Removal Order and 28 U.S.C. 1447(b):

1(a).   A list of all attorneys involved in the case and the parties that they represent.

    (i)   Billy Wayne Stewart and Erin Dougherty Stewart are represented by:

        William M Ford
        Ford Law Firm
        P O Box 12424
        Alexandria, LA 71315-2424

    (ii)   Capital One, N.A. is represented by:

        Katrina Dannheim Chisholm
        Burr & Forman
        11 N Water St Ste 22200
        Mobile, AL 36602

        Thomas K Potter , III
        Burr & Forman (TN)
        3102 W End Ave Ste 700
        Nashville, TN 37203

    (iii)    Mortgage Electronic Registration Systems Inc. ("MERS") is represented by:

> Michael D. Ferachi
> Jonathan G. Wilbourn
> McGlinchey Stafford, PLLC
> Fourteenth Floor, One American Place
> Baton Rouge, LA 70825

    (iv)    JPMorgan Chase Bank, N.A. is represented by:

> Michael D. Ferachi
> Jonathan G. Wilbourn
> McGlinchey Stafford, PLLC
> Fourteenth Floor, One American Place
> Baton Rouge, LA 70825

1(b.)    Copies of all records and proceedings occurring in the state court prior to removal which have not already been filed into the record of this matter, arranged by order of filing date, are attached hereto as Exhibit "A," *in globo*.

1(c.)    A listing of all documents included in the state court record, arranged by order of filing date, beginning with the first item filed.

- (a.) Petition;
- (b.) Long Arm Citation to MERS;
- (c.) Citation and Service Return on JPMorgan Chase Bank, N.A.;
- (d.) Citation and Service Return on Capital One, N.A.;
- (e.) Consent Motion for Extension of Time to File Responsive Pleadings;
- (f.) Order granting Consent Motion for Extension of Time to File Responsive Pleadings;
- (g.) Notice of Removal.

1(d.)    This is to certify that by signing this Compliance, the undersigned counsel certifies to the Court, as required by the Removal Order in this case, that the pleadings attached to the original removal pleading and filed into the record of the United States District Court for the Western District of Louisiana, Alexandria Division, along with the additional pleadings attached hereto as Exhibit "A" constitute the entire State Court record provided to undersigned counsel upon a request to the Clerk of Court for the 9th Judicial District Court, State of Louisiana, Parish of Rapides for a copy of the entire contents of the suit record for civil matter no. 243,886.

(2.) There were no unresolved motions or exceptions pending in the State Court at the time that this matter was removed.

(3.) Undersigned counsel has not deposited any funds into the registry of the state court.

        McGLINCHEY STAFFORD, PLLC

        /s/ Jonathan G. Wilbourn
        Michael D. Ferachi, T.A. (No. 19566)
        Jonathan G. Wilbourn (No. 27683)
        Fourteenth Floor, One American Place
        Baton Rouge, Louisiana 70825
        Telephone: (225) 383-9000
        Telecopier: (225) 343-3076
        mferachi@mcglinchey.com
        jwilbourn@mcglinchey.com

**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record herein, by either telecopy transmission, email, hand delivery, or placing same in the U.S. Mail, postage prepaid, on the 12th day of April, 2012.

        /s/ Jonathan G. Wilbourn