UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BILLY WAYNE STEWART and ERIN DOUGHERTY STEWART | CIVIL ACTION NO. 12-752 |
| Plaintiffs, | JUDGE DRELL |
| VERSUS | |
| CAPITAL ONE BANK, N.A., JPMORGAN CHASE BANK, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | MAGISTRATE JUDGE KIRK |
| Defendant | |

## VOLUNTARY MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Billy Wayne Stewart and Erin Dougherty Stewart, who move that this Honorable Court dismiss the above-captioned lawsuit, and any and all claims asserted therein, with prejudice and with each party to bear its own attorney's fees and costs.

Respectfully submitted:

The Davenport Firm, APLC

/s/ Thomas D. Davenport Jr.
Thomas D. Davenport Jr., T.A. (Bar Roll No. 27426)
Alexandria Tower Building
429 Murray Street, 6th Floor
Alexandria, Louisiana 71301
Telephone:   (318) 445-9696
Facsimile:   (318) 445-3031
tdavenportjr@davenportfirm.com

and

William M Ford
Ford Law Firm
P O Box 12424
Alexandria, LA 71315-2424

415154.1

         318-442-8899
         Fax: 318-442-9823

         Attorneys for Plaintiffs

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic service function, this ___ day of August, 2012.

         <u>/s/ Thomas D. Davenport, Jr.</u>

415154.1